No. 83–5339. DICK v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Sup. Ct. Ga.;
No. 83–5367. MOORE v. LOUISIANA. Sup. Ct. La.;
No. 83–5449. RICHMOND v. ARIZONA. Sup. Ct. Ariz.;
No. 83–5454. WOMACK v. ALABAMA. Sup. Ct. Ala.;
No. 83–5457. JERNIGAN v. TEXAS. Ct. Crim. App. Tex.; and
No. 83–5463. ELLEDGE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–5367, 432 So. 2d 209; No. 83–5449, 136 Ariz. 312, 666 P. 2d 57; No. 83–5454, 435 So. 2d 766; No. 83–5457, 661 S. W. 2d 936; No. 83–5463, 432 So. 2d 35.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.